# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MENARDI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STAPLES AND ASSOCIATES, INC., ,<br><br>　　　　　　Defendant. | Case No. 1:15-cv-01823 JLT<br><br>**ORDER GRANTING STIPULATION TO REMAND THE MATTER TO THE KERN COUNTY SUPERIOR COURT**<br><br>(Doc. 7) |

The parties have stipulated that the amount in controversy in this matter is less than $75,000. (Doc. 7 at 2) thus, they agree the Court lacks diversity jurisdiction. Thus, the Court **ORDERS**:

1. The action shall be remanded to the Kern County Superior Court;
2. All pending hearing dates in this action are hereby **VACATED**;
3. The Clerk of the Court is **DIRECTED** to close this matter.

IT IS SO ORDERED.

Dated: __**March 1, 2016**__　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE